76 So.3d 1126 (2012)
Steven Charles SELF, Petitioner,
v.
Lawanna Christina SELF, Respondent.
No. 1D11-5835.
District Court of Appeal of Florida, First District.
January 9, 2012.
Joseph L. Mannikko, and E. Barbara Baris of Mannikko & Baris, Macclenny, for Petitioner.
Hugh Fish, Jr., MacClenny, for Respondent.
PER CURIAM.
DENIED. See R.M.C. v. D.C., ___ So.3d ___, 2012 WL 29155 (Fla. 1st DCA 2012).
VAN NORTWICK, THOMAS, and RAY, JJ., concur.